**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1454**

———————

FREDERICK E. MELVIN,

                                        Plaintiff - Appellant,

        versus

UNITED STEELWORKERS OF AMERICA, LOCAL 959;
MITCH HUGGINS; GIDEON A. MASSEY,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-00-63-5-BO)

———————

Submitted:  June 21, 2001            Decided:  June 28, 2001

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Frederick E. Melvin, Appellant Pro Se.  Theresa Faith Merrill, Assistant General Counsel, UNITED STEELWORKERS OF AMERICA, Pittsburgh, Pennsylvania, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frederick E. Melvin appeals the district court's orders dismissing his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Melvin v. United Steelworkers of America, No. CA-00-63-5-BO (E.D.N.C. Jan. 11 & Mar. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED